■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO CASIANO, Appellant. — Judgment, Supreme Court, New York County (Peter J. McQuillan, J.), rendered May 18, 1983, convicting defendant, after jury trial, of robbery in the first degree and sentencing him as a second violent felony offender to an indeterminate term of 12 to 24 years' imprisonment, unanimously affirmed. Appealable issues were raised in the *pro se* brief submitted by defendant which were considered by the court. They were sufficiently answered in the People's responding brief. Accordingly, the application by defendant's assigned counsel to withdraw on the basis of *People v Saunders* (52 AD2d 833) is denied. Defendant's belated motion for assignment of new counsel to argue orally the points raised in his supplemental *pro se* brief is denied as unnecessary. As noted, the court has fully considered the points raised in the *pro se* brief. Concur — Kupferman, J. P., Ross, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v DANNY SANTIAGO. — Motion granted to the extent of amending the order of this court entered on April 23, 1985, and the memorandum decision filed therewith (110 AD2d 569), to direct dismissal of the indictment, with leave to respondent to resubmit appropriate charges to the Grand Jury, and the matter remanded to the Trial Term for the purpose of issuing a securing order pursuant to CPL 210.45 (9), and defendant committed to the custody of the Department of Correction pending the issuance of such order. Concur — Murphy, P. J., Ross, Carro and Kassal, JJ.